# United States Bankruptcy Court
# District of Arizona

In re **FOC Airport Limited Partnership**,
Debtor

Case No. **2:14-BK-02050**
Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of **03/01/2014** on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| FOC Airport Finklea LP | 60% | Tab 1 |
| | | |
| | | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

B26 (Official Form 26) (12/08) – Cont.   2

Date: 03/01/2014

_____
Signature of Authorized Individual

Steve Fisher
Name of Authorized Individual

Managing Member / General Partner
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

_____   Managing Member
Signature of Debtor            Azcal Enterprises
                               LLC
                               General Partner

_____
Signature of Joint Debtor

# EXHIBIT A

### FOC Airport Finklea's Limited Partnership's Valuation:

Since FOC Airport Finklea Limited Partnership's principal purpose behind its creation was to perform the development services of housing lots from the raw land being held by FOC Airport Limited Partnership's raw land, it was intended for it to have very little in the way of assets or value.

Currently, FOC Airport Finklea has its only asset being a utility bond in place providing it an estimated Net Worth of $10,000 giving the debtor's 60% interest in the partnership a valuation of $6,000.

# EXHIBIT B

## Exhibit B-1
### Balance Sheet

[Provide a balance sheet dated as of the end of the most recent six-month period of the current fiscal year and as of the end of the preceding fiscal year. Indicate the source of this information.]

# FOC Airport / Finklea L.P.
## Balance Sheet
### As of March 1, 2014

|  | Mar 1, 14 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
|   Accounts Receivable | |
|     Accounts Receivable | 11,577.23 |
|   **Total Accounts Receivable** | 11,577.23 |
|   Other Current Assets | |
|     Equity Rec | 10.00 |
|   **Total Other Current Assets** | 10.00 |
| **Total Current Assets** | 11,587.23 |
| Other Assets | |
|   Progress Energy Deposit - 002 | 12,414.71 |
| **Total Other Assets** | 12,414.71 |
| **TOTAL ASSETS** | **24,001.94** |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
|   Current Liabilities | |
|     Other Current Liabilities | |
|       Loan Payable - Cedar Creek | 26,263.95 |
|     **Total Other Current Liabilities** | 26,263.95 |
|   **Total Current Liabilities** | 26,263.95 |
| **Total Liabilities** | 26,263.95 |
| Equity | |
|   FOC Airport, L.P. | |
|     FOC Airport Earnings | (1,276.51) |
|     FOC Airport Investments | 6.00 |
|   **Total FOC Airport, L.P.** | (1,270.51) |
|   Gary Finklea | |
|     Gary Finklea Earnings | (995.50) |
|     Gary Finklea Investments | 4.00 |
|   **Total Gary Finklea** | (991.50) |
| **Total Equity** | (2,262.01) |
| **TOTAL LIABILITIES & EQUITY** | **24,001.94** |

# FOC Airport / Finklea L.P.
## Balance Sheet
### As of December 31, 2013

|  | Dec 31, 13 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     Other Current Assets | |
|       Equity Rec | 10.00 |
|     **Total Other Current Assets** | 10.00 |
|   **Total Current Assets** | 10.00 |
|   Other Assets | |
|     Beulah Road Project - Phase II | 11,577.23 |
|     Progress Energy Deposit - 002 | 12,414.71 |
|   **Total Other Assets** | 23,991.94 |
| **TOTAL ASSETS** | **24,001.94** |
| **LIABILITIES & EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Other Current Liabilities | |
|         Loan Payable - Cedar Creek | 26,263.95 |
|       **Total Other Current Liabilities** | 26,263.95 |
|     **Total Current Liabilities** | 26,263.95 |
|   **Total Liabilities** | 26,263.95 |
|   Equity | |
|     FOC Airport, L.P. | |
|       FOC Airport Earnings | (1,276.51) |
|       FOC Airport Investments | 6.00 |
|     **Total FOC Airport, L.P.** | (1,270.51) |
|     Gary Finklea | |
|       Gary Finklea Earnings | (995.50) |
|       Gary Finklea Investments | 4.00 |
|     **Total Gary Finklea** | (991.50) |
|     Retained Earnings | 10.00 |
|     Net Income | (10.00) |
|   **Total Equity** | (2,262.01) |
| **TOTAL LIABILITIES & EQUITY** | **24,001.94** |

B26 (Official Form 26) (12/08) – Cont.                                                    6

## Exhibit B-2
### Statement of Income (Loss)

[Provide a statement of income (loss) for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

# FOC Airport / Finklea L.P.
## Profit & Loss
January 1 through February 25, 2014

|  | Jan 1 - Feb 25, 14 |
|---|---|
| Net Income | 0.00 |

# FOC Airport / Finklea L.P.
## Profit & Loss
### January through December 2013

|  | Jan - Dec 13 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Expense** | |
| Bank Service Charges | 15.00 |
| **Total Expense** | 15.00 |
| **Net Ordinary Income** | (15.00) |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Income | 5.00 |
| **Total Other Income** | 5.00 |
| **Net Other Income** | 5.00 |
| **Net Income** | (10.00) |

## Exhibit B-3
## Statement of Cash Flows

[Provide a statement of changes in cash flows for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

# FOC Airport / Finklea L.P.
## Statement of Cash Flows
### January through December 2014

|  | Jan - Dec 14 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Adjustments to reconcile Net Income to net cash provided by operations: | |
| Accounts Receivable | (11,577.23) |
| **Net cash provided by Operating Activities** | (11,577.23) |
| **INVESTING ACTIVITIES** | |
| Beulah Road Project - Phase II | 11,577.23 |
| **Net cash provided by Investing Activities** | 11,577.23 |
| **Net cash increase for period** | 0.00 |
| **Cash at end of period** | 0.00 |

2:37 PM
02/25/14

# FOC Airport / Finklea L.P.
## Statement of Cash Flows
### January through December 2013

|  | Jan - Dec 13 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | (10.00) |
| Adjustments to reconcile Net Income to net cash provided by operations: | |
| Loan Payable - FOC Airport, L.P. | (220,844.94) |
| **Net cash provided by Operating Activities** | (220,854.94) |
| **INVESTING ACTIVITIES** | |
| Beulah Road Project - Phase II | 220,716.77 |
| **Net cash provided by Investing Activities** | 220,716.77 |
| **FINANCING ACTIVITIES** | |
| FOC Airport, L.P.:FOC Airport Earnings | (6.00) |
| Gary Finklea:Gary Finklea Earnings | (4.00) |
| Retained Earnings | 10.00 |
| **Net cash provided by Financing Activities** | 0.00 |
| **Net cash increase for period** | (138.17) |
| **Cash at beginning of period** | 138.17 |
| **Cash at end of period** | 0.00 |

## Exhibit B-4
## Statement of Changes in Shareholders'/Partners' Equity (Deficit)

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

# FOC Airport / Finklea L.P.
## Balance Sheet Prev Year Comparison
### As of February 25, 2014

|  | Feb 25, 14 | Feb 25, 13 | $ Change | % Change |
|---|---:|---:|---:|---:|
| **ASSETS** | | | | |
|   Current Assets | | | | |
|     Checking/Savings | | | | |
|       1st National Bank of AZ | 0.00 | 128.17 | (128.17) | (100.0)% |
|     Total Checking/Savings | 0.00 | 128.17 | (128.17) | (100.0)% |
|     Accounts Receivable | | | | |
|       Accounts Receivable | 11,577.23 | 0.00 | 11,577.23 | 100.0% |
|     Total Accounts Receivable | 11,577.23 | 0.00 | 11,577.23 | 100.0% |
|     Other Current Assets | | | | |
|       Equity Rec | 10.00 | 10.00 | 0.00 | 0.0% |
|     Total Other Current Assets | 10.00 | 10.00 | 0.00 | 0.0% |
|   Total Current Assets | 11,587.23 | 138.17 | 11,449.06 | 8,286.2% |
|   Other Assets | | | | |
|     Beulah Road Project - Phase II | 0.00 | 11,577.23 | (11,577.23) | (100.0)% |
|     Progress Energy Deposit - 002 | 12,414.71 | 12,414.71 | 0.00 | 0.0% |
|   Total Other Assets | 12,414.71 | 23,991.94 | (11,577.23) | (48.3)% |
| **TOTAL ASSETS** | 24,001.94 | 24,130.11 | (128.17) | (0.5)% |
| **LIABILITIES & EQUITY** | | | | |
|   Liabilities | | | | |
|     Current Liabilities | | | | |
|       Other Current Liabilities | | | | |
|         Loan Payable - Cedar Creek | 26,263.95 | 26,263.95 | 0.00 | 0.0% |
|         Loan Payable - FOC Airport,L.P. | 0.00 | 128.17 | (128.17) | (100.0)% |
|       Total Other Current Liabilities | 26,263.95 | 26,392.12 | (128.17) | (0.5)% |
|     Total Current Liabilities | 26,263.95 | 26,392.12 | (128.17) | (0.5)% |
|   Total Liabilities | 26,263.95 | 26,392.12 | (128.17) | (0.5)% |
|   Equity | | | | |
|     FOC Airport, L.P. | | | | |
|       FOC Airport Earnings | (1,276.51) | (1,270.51) | (6.00) | (0.5)% |
|       FOC Airport Investments | 6.00 | 6.00 | 0.00 | 0.0% |
|     Total FOC Airport, L.P. | (1,270.51) | (1,264.51) | (6.00) | (0.5)% |
|     Gary Finklea | | | | |
|       Gary Finklea Earnings | (995.50) | (991.50) | (4.00) | (0.4)% |
|       Gary Finklea Investments | 4.00 | 4.00 | 0.00 | 0.0% |
|     Total Gary Finklea | (991.50) | (987.50) | (4.00) | (0.4)% |
|     Net Income | 0.00 | (10.00) | 10.00 | 100.0% |
|   Total Equity | (2,262.01) | (2,262.01) | 0.00 | 0.0% |
| **TOTAL LIABILITIES & EQUITY** | 24,001.94 | 24,130.11 | (128.17) | (0.5)% |

# EXHIBIT C

## FOC Airport Finklea Limited Partnership Operations:

FOC Airport Finklea Limited Partnership currently is dormant and will remain so until it performs its next development work for FOC Airport Limited Partnership.

FOC Airport Finklea Limited Partnership was established to perform the contracting activities required to develop the housing lots in Cedar Creek subdivision of the FOC Airport Limited Partnership raw land. Since this work can sometimes involve a high risk of Liability, FOC Airport LP subcontracts the lot development work to FOC Airport Finklea LP who then manages the subcontracting efforts of local construction companies to put in the streets and utilities including power, water, and sewage to each lot being developed at the time in the Cedar Creek Subdivision.

Since there have been no sales of the home lots recently by FOC Airport LP due to the national recession, there has been no need to develop any lots past the 26 now in inventory, thus the dormant status of FOC Airport Finklea Limited Partnership.